IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRUS McNAIR,

        Petitioner,                  No. CIV S-06-1875 FCD PAN P

    vs.

WARDEN, F.C.I. HERLONG,

        Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee.

        The application attacks a conviction issued by the United States District Court for the Northern District of Indiana, and should therefore be construed as an application pursuant to 28 U.S.C. § 2255. While both the Fresno Division of this Court, wherein petitioner is incarcerated, and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the Norther District of Indiana. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Northern District of Indiana.
3 DATED: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
mcna.1875.108